# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Dwayne Bogen | ) Case No: 06-275 |
| | ) USM No: 29928-034 |
| Date of Original Judgment: 12/17/2007 | ) |
| Date of Previous Amended Judgment: | ) Bruce Ashley |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

Previous Total Offense Level: 29   as of 12/17/2007   Amended Total Offense Level: _____
Criminal History Category: I   Criminal History Category: _____
Previous Guideline Range: 87 to 108 months   Amended Guideline Range: _____ to _____ months

***(Complete Part II of Page 2 when motion is granted)***

**COMMENTS** *(For Public Disclosure)*

The guideline range is restricted to the mandatory minimum sentence of 120 months pursuant to U.S.S.G. § 5G1.1(b).

Except as otherwise provided, all provisions of the judgment dated 12/17/2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 4/23/12

*Sarah Vance*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Sarah S. Vance, United States District Judge
*Printed name and title*